374 P.2d 853

Morgan LEACH, Petitioner,

v.

Harold A. COX, Warden, Penitentiary of New Mexico, Respondent.

No. 6437.

Supreme Court of New Mexico.

Oct. 1, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of habeas corpus herein be and the same is hereby denied.